NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.

In the Supreme Court of Georgia

Decided: August 16, 2023

S23Y1047. IN THE MATTER OF SUSAN JANETTE LOPEZ.

PER CURIAM.

This disciplinary matter is before the Court on a petition for voluntary discipline filed by Susan Janette Lopez (State Bar No. 917332) prior to the issuance of a formal complaint under Georgia Bar Rule 4-227 (b). In her petition, Lopez, who has been a member of the Georgia Bar since 2014, admits that, on May 9, 2023, she entered a guilty plea in the Superior Court of Cobb County to one count of aggravated stalking, a felony, see OCGA § 16-5-91. By this conduct, Lopez acknowledges that she violated Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. Lopez seeks to voluntarily surrender her license to practice law, which she acknowledges is tantamount to disbarment.

See Rule 1.0 (s). In its response, the Bar recommends that this Court accept Lopez's petition.

We have reviewed the record and agree to accept Lopez's petition for voluntary discipline. See *In the Matter of Williams*, 291 Ga. 659 (732 SE2d 85) (2012) (accepting voluntary surrender of license where attorney violated Rule 8.4 (a) (2)); *In the Matter of Campbell*, 282 Ga. 688 (653 SE2d 51) (2007) (same). Accordingly, it is ordered that the name of Susan Janette Lopez be removed from the rolls of persons authorized to practice law in the State of Georgia. Lopez is reminded of her duties pursuant to Bar Rule 4-219 (b).

*Voluntary surrender of license accepted. All the Justices concur.*